

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| NIGINA YOQUBOVA, | § | No. 08-19-00254-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 4 |
| CHRISTOPHER KLEIMAN, | § | of Travis County, Texas |
| Appellee. | § | (TC# C-1-CV-19-003525) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JANUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.